UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 3:21-cr-00092 |
| ALPHONSO JAMES, | ) |  |
| Defendant. | ) |  |

## ORDER

The Government's Motion to Dismiss (Doc. No. 88) is **GRANTED** and the Indictment is **DISMISSED WITHOUT PREJUDICE.**

The hearing set for February 14, 2025, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE